# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KYLE ANTHONY VARGAS (4), <br><br> Defendant. | Case No. 20-CR-2885-BAS <br><br> **JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE AND BOND EXONERATION** |

Pending before the Court is the United States of America's motion to dismiss without prejudice. Having reviewed the motion, and good cause appearing, the Court **GRANTS** the Government's motion and **DISMISSES WITHOUT PREJUDICE** the Indictment against Kyle Anthony Vargas.

Defendant is on bond and the bond shall be exonerated. Counsel must prepare an order to disburse funds or release collateral.

**IT IS SO ORDERED.**

Dated: December 30, 2024

Honorable Cynthia Bashant
United States District Judge